# United States District Court
## Southern District of Georgia

DOROTHY HYNSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 118-135

ANDREW M. SAUL, Commissioner of Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated November 26, 2019 adopting the Report and Recommendation of the Magistrate Judge as the Court's opinion and pursuant to sentence four of 42 U.S.C. § 405(g), that the final decision of the Commissioner is reversed and this case is remanded to the Commissioner for further consideration in accordance with the Court's opinion.



11/26/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*